1  JASON M. WUCETICH (STATE BAR NO. 222113)
   jason@wukolaw.com
2  DIMITRIOS V. KOROVILAS (STATE BAR NO. 247230)
   dimitri@wukolaw.com
3  WUCETICH & KOROVILAS LLP
   222 N. Pacific Coast Highway, Suite 2000
4  El Segundo, CA 90245
   Telephone:   (310) 335-2001
5  Facsimile:   (310) 364-5201

6  Attorneys for Plaintiff
   DAVID SHESKI, individually
7  and on behalf of all others similarly situated

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

| DAVID SHESKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHOPIFY (USA) INC.; SHOPIFY INC; and DOES 1 through 10,<br><br>Defendants. | CASE NO. 4:19-cv-06858-HSG<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge:      Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2<br>Filed:      October 21, 2019 |
|---|---|

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff David Sheski hereby voluntarily dismisses this action in its entirety, with prejudice as to his individual claims and without prejudice as to the claims of members of the putative class alleged in the complaint. Pursuant to Rule 41(a)(1)(A)(i), this action may be voluntarily dismissed by Plaintiff without Court order, as defendants have not yet filed an answer or motion for summary judgment.

Dated: June 23, 2020                     WUCETICH & KOROVILAS LLP

                                         By:        /s/ Dimitrios V. Korovilas
                                              DIMITRIOS V. KOROVILAS
                                           Attorneys for Plaintiff David Sheski,
                                                 individually and on behalf of
                                                  all others similarly situated

- 1 -

PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL PER FED. R. CIV. P. 41(A)(1)(A)(I)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed and served on all counsel of record in the above-captioned matter on June 23, 2020, via the Court's CM/ECF filing service.

        /s/ Dimitrios V. Korovilas
DIMITRIOS V. KOROVILAS